# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gina Beall,<br>              Plaintiff<br><br>v.<br><br>Jefferson Capital, LLC,<br>              Defendant | Docket No. 3:22-cv-00979-RDM<br><br>(Judge Robert D. Mariani)<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Aaron R. Easley (with consent)* |
|---|---|
| Brett M. Freeman | Aaron R. Easley |
| Bar Number PA 308834 | Bar Number PA 73683 |
| FREEMAN LAW | Sessions Israel & Shartle, LLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 210 Montage Mountain Road | 3 Cross Creek Drive |
| Moosic, PA 18507 | Flemington, NJ 08822 |
| P: (570) 589-0010 | P: (908) 237-1660 |
| F: (570) 456-5955 | F: (877) 334-0661 |
| brett@freeman.law | aeasley@sessions.legal |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Gina Beall, | Docket No. 3:22-cv-00979-RDM |
| Plaintiff | |
| | (Judge Robert D. Mariani) |
| v. | |
| | ELECTRONICALLY FILED |
| Jefferson Capital, LLC, | |
| Defendant | |

## ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____                    _____
                                        Robert D. Mariani
                                        United States District Judge