# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Gina Beall, | Docket No. 3:22-cv-00979-RDM |
| Plaintiff | |
| | (Judge Robert D. Mariani) |
| v. | |
| | ELECTRONICALLY FILED |
| Jefferson Capital, LLC, | |
| Defendant | |

## ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date: 3/21/23

Robert D. Mariani
United States District Judge